IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ANTONIO JOHNSON,                :
   Petitioner              :
                           :   No. 1:19-cv-2183
  v.                           :
                           :   (Judge Rambo)
WARDEN DOUGLAS K. WHITE,         :
   Respondent              :

## ORDER

**AND NOW**, on this 27th day of January 2020, for the reasons set forth in the Memorandum accompanying this Order, **IT IS ORDERED THAT**:

1. Petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 (Doc. No. 1) is **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction; and

2. The Clerk of Court is **DIRECTED** to **CLOSE** the above-captioned case.

                                          s/Sylvia H. Rambo
                                          Sylvia H. Rambo
                                          United States District Judge